Peter J. Schulz, Esq. (SBN 167646)
**GRECO TRAFICANTE SCHULZ & BRICK**
600 West Broadway, Suite 960
San Diego, CA 92101
Telephone: (619) 234-3660
Fax No: (619) 234-0626

Attorneys for Plaintiff,
*Max Interactive, Inc.*

Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Defendant,
*Devicewear, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX INTERACTIVE, INC.<br><br>Plaintiff,<br><br>v.<br><br>DEVICEWEAR, LLC,<br><br>Defendant. | Case No.: 3:16-cv-06626-HSG<br><br>**ORDER TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA**<br><br>Complaint Filed:  November 15, 2016<br>Trial Date:         Not Set |

The Court, having received and reviewed the Stipulation to Transfer Venue to the Eastern District of California, and good cause appearing therefore, hereby orders as follows:

This matter is transferred to the United States District Court, Eastern District of California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 14, 2016                          *Haywood S. Gill Jr.*
                                                                   UNITED STATES DISTRICT JUDGE

**~~PROPOSED~~ ORDER TO TRANSFER VENUE**